Not for Publication

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

**JILL ALBAN**, *on behalf of herself and all others similarly situated*, *et al.*,

        Plaintiffs,

v.

**KAWASAKI KISEN KAISHA, LTD.**, *et al.*

        Defendants.

Civil Action No.: 21-8852 (ES) (CLW)

ORDER

Upon consideration of Defendants Kawasaki Kisen Kaisha, Ltd. and "K" Line America, Inc.'s motion to dismiss Plaintiffs'[1] Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) (D.E. No. 6), and for the reasons set forth in the Opinion filed herewith,

**IT IS** on this 25th day of August 2022, hereby

**ORDERED** that Defendants' motion to dismiss (D.E. No. 6) is **GRANTED**; and it is further

**ORDERED** that Plaintiffs' Amended Complaint is dismissed *with prejudice*.

                                Hon. Esther Salas, U.S.D.J.

---

[1] Plaintiffs are Jill Alban, Grant Alban, Mary Arnold, Al Baker, Katrina Bonar, Steven Bruzonsky, Monica Bushey, Melinda Deneau, Jennifer Dillon, Jeffrey L. Gannon, Pamela Goessling, Thomas Goessling, Sheryl Haley, Lesley Denise Hart, Bruce Hertz, Maria Kooken, Adair Lara, Kori Lehrkamp, Michael Lehrkamp, John Levya, Daniel Morris, Judy Reiber, Richard Tomasko, John O'Neill Johnson Toyota, LLP, and Rush Truck Centers of Arizona, Inc.